```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                              Case No. 11-07274-RNO
Eric S. Anderson                                                    Chapter 13
Sharon E. Anderson
        Debtors                       CERTIFICATE OF NOTICE
District/off: 0314-1          User: REshelman           Page 1 of 1           Date Rcvd: Oct 02, 2017
                              Form ID: ntcltrdb         Total Noticed: 0
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3972536         York Adams Earned Income Tax Bureau,   1415 North Duke Street
                                                                              TOTALS: 1, * 0, ## 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kimberly A Bonner    on behalf of Creditor   NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
              Tony Santo Sangiamo    on behalf of Joint Debtor Sharon E. Anderson tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com
              Tony Santo Sangiamo    on behalf of Debtor Eric S. Anderson tsanlaw@gmail.com,
               kathyslaw88@gmail.com;nicoleroserobinson@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 7

ntcltrdb 05/13

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Eric S. Anderson | Chapter | 13 |
| Sharon E. Anderson | | |
| fka Sharon E. Harbaugh | Case No. | 1:11−bk−07274−RNO |
| Debtor(s) | | |

## Notice

NOTICE is hereby given that:

Pursuant to F.R.B.P. 3004, a proof of claim (#17) has been filed by the Debtor on behalf of York Adams Earned Income Tax Bureau in the amount of $172.13.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: REshelman, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 2, 2017 |