In re:
Eric S. Anderson
Sharon E. Anderson
       Debtors

Case No. 11-07274-RNO
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0314-1         User: karendavi         Page 1 of 1         Date Rcvd: Feb 13, 2018
                        Form ID: ntrevtfr         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2018.
db/jdb      +Eric S. Anderson,    Sharon E. Anderson,   280 University Drive,   Biglerville, PA 17307-9585

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2018                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 13, 2018 at the address(es) listed below:
        Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
        Jerome B Blank   on behalf of Creditor   BANK OF AMERICA, N.A. pamb@fedphe.com
        Joshua I Goldman   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC bkgroup@kmllawgroup.com,
        bkgroup@kmllawgroup.com
        Kimberly A Bonner   on behalf of Creditor   NATIONSTAR MORTGAGE, LLC amps@manleydeas.com
        Tony Santo Sangiamo   on behalf of Debtor 2 Sharon E. Anderson tsanlaw@gmail.com,
        kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
        Tony Santo Sangiamo   on behalf of Debtor 1 Eric S. Anderson tsanlaw@gmail.com,
        kathyslaw88@gmail.com;nicoleroserobinson@gmail.com;sangiamotr73458@notify.bestcase.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                          TOTAL: 7

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Eric S. Anderson
Sharon E. Anderson
fka Sharon E. Harbaugh

Debtor(s)

Chapter        13

Case No.       1:11−bk−07274−RNO

## Notice

Notice to the Debtors:

The Trustee has filed an amended final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for both debtors unless a Certification Regarding Domestic Support Obligations and a Certification About a Financial Management Course are filed. Only certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: karendavis, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: February 13, 2018 |